[925 NE2d 81, 899 NYS2d 749]

Travis J. Bright, an Infant, by His Parent and Guardian, Gary Bright, et al., Appellants, v Nancy E. McGowan et al., Respondents, et al., Defendant.

Decided February 16, 2010

## APPEARANCES OF COUNSEL

*Basch & Keegan, LLP*, Kingston (*Derek J. Spada* of counsel), for appellants.

*Gordon & Silber, P.C.*, New York City (*Shadrach A. Stanleigh* and *Andrew B. Kaufman* of counsel), for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and defendants' motion for summary judgment denied. In opposition to defendants' prima facie case, plaintiffs raised a triable issue of fact.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.